# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert McDonald<br>    Jayne McDonald<br>        Debtor(s) | BK NO. 23-02809 MJC<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                Respectfully submitted,

                /s/ *Michael Farrington*
                Michael Farrington
                19 Dec 2023, 15:30:38, EST


                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322