Certificate Number: 17572-PAM-DE-038093228

Bankruptcy Case Number: 23-02809


17572-PAM-DE-038093228

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on January 12, 2024, at 11:10 o'clock AM PST, ROBERT A MCDONALD completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   January 12, 2024          By:   /s/Kelly Faulks

                                  Name: Kelly Faulks

                                  Title: Counselor