Certificate Number: 17572-PAM-DE-038093229

Bankruptcy Case Number: 23-02809


17572-PAM-DE-038093229

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 12, 2024, at 11:10 o'clock AM PST, JAYNE L MCDONALD completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 12, 2024

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor