United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02809-MJC
Robert McDonald  Chapter 7
Jayne McDonald
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 3
Date Rcvd: Mar 27, 2024     Form ID: 318     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert McDonald, Jayne McDonald, 49 Avenue E, Schuylkill Haven, PA 17972-1409 |
| 5583986 | + | Advanced Recovery Systems, POB 80766, Valley Forge, PA 19484-0766 |
| 5583999 | ++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220 address filed with court:, Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 5583991 | + | Cacl Fcu, 1800 West Market St, Pottsville, PA 17901-2002 |
| 5583995 | + | Comenity/Michaels, POB 650113, Dallas, TX 75265-0113 |
| 5584001 | + | Cornerstone Coordinated Health, 40 West Frack Street, Frackville, PA 17931-1719 |
| 5584006 | + | Heart Care Group, 1249 S. Cedar Crest Blvd, Suite 100, Allentown, PA 18103-6227 |
| 5584008 | + | Lehigh Valley Health Network, POB 981006, Boston, MA 02298-1006 |
| 5584009 | + | Lehighton Ambulance, 516 Iron Street, Lehighton, PA 18235-1913 |
| 5584017 | + | Penn State Health, 500 University Drive, Hershey, PA 17033-2391 |
| 5584019 | + | St. Lukes University Health, POB 604152, Charlotte, NC 28260-4152 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5583987 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2024 18:45:42 | Ally Credit Card, POB 9222, Old Bethpage, NY 11804-9222 |
| 5583988 | + | Email/PDF: bncnotices@becket-lee.com | Mar 28 2024 08:51:39 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5583989 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 27 2024 18:44:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5583990 | + | Email/Text: bk@avant.com | Mar 27 2024 18:45:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 5583992 | + | EDI: CAPITALONE.COM | Mar 27 2024 22:42:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5583993 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | Mar 27 2024 18:45:00 | Central Portfolio Control, Attn: Bankruptcy, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 5583994 | + | EDI: CITICORP | Mar 27 2024 22:42:00 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5583996 | + | EDI: WFNNB.COM | Mar 27 2024 22:42:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5583997 | + | Email/Text: dylan.succa@commercialacceptance.net | Mar 27 2024 18:44:00 | Commercial Acceptance Co, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5583998 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Mar 27 2024 18:44:00 | Commonwealth Fin, 245 Main Street, Scranton, |

| | | | | |
| --- | --- | --- | --- | --- |
| 5584002 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 27 2024 18:56:16 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5584003 |   | Email/Text: customersupport@elevaterecoveries.com | Mar 27 2024 18:44:00 | Elevate Recoveries, LLC, POB 910009, Sherman, TX 75091 |
| 5584004 | + | EDI: AMINFOFP.COM | Mar 27 2024 22:42:00 | First Premier Bank, Attn: Bankruptcy, POB 5524, Sioux Falls, SD 57117-5524 |
| 5584005 | + | EDI: PHINGENESIS | Mar 27 2024 22:42:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5584007 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 27 2024 18:44:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5584010 | + | Email/Text: bknotification@loandepot.com | Mar 27 2024 18:45:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 5584011 | + | EDI: SYNC | Mar 27 2024 22:42:00 | Lowes Business Acct/SYNCB, POB 669824, Dallas, TX 75266-0781 |
| 5584014 |   | Email/Text: ml-ebn@missionlane.com | Mar 27 2024 18:44:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5584012 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 27 2024 18:44:00 | Medical Revenue Service, POB 1149, Sebring, FL 33871-1149 |
| 5584013 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 27 2024 18:44:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5584015 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2024 18:56:20 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5584016 |   | Email/Text: bankruptcies@penncredit.com | Mar 27 2024 18:44:00 | Penn Credit, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106 |
| 5584018 |   | Email/Text: accounting@recoveryrmg.com | Mar 27 2024 18:44:00 | Receivable Management Group, POB 6070, Columbus, GA 31917 |
| 5584021 | + | EDI: SYNC | Mar 27 2024 22:42:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5584022 | + | EDI: SYNC | Mar 27 2024 22:42:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5584023 | + | EDI: SYNC | Mar 27 2024 22:42:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5584024 | + | EDI: SYNC | Mar 27 2024 22:42:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5584025 | + | EDI: CITICORP | Mar 27 2024 22:42:00 | Trac/CBCD/Citicorp, Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5584028 |   | Email/Text: bknotice@upgrade.com | Mar 27 2024 18:44:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 5584029 | + | EDI: USBANKARS.COM | Mar 27 2024 22:42:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 5584026 | ^ | MEBN | Mar 27 2024 18:40:46 | United Resource Systems, Inc, 3501 S. Tellar Street, Denver, CO 80235-2011 |
| 5584027 | ^ | MEBN | Mar 27 2024 18:40:47 | United Resource Systems, Inc., Attn: Bankruptcy, 3501 South Teller Street, Lakewood, CO 80235-2011 |

Note: entry above 5584002 continues "PA 18519-1641"

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5584000 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 5584020 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Surge, POB 6812, Carol Stream, IL 60197 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lisa Ann Rynard | larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com |
| Michael Patrick Farrington | on behalf of Creditor LOANDEPOT.COM LLC mfarrington@kmllawgroup.com |
| Robert M. Reedy | on behalf of Debtor 2 Jayne McDonald attyreedy@yahoo.com bill_crown@hotmail.com;attyreedy@yahoo.com |
| Robert M. Reedy | on behalf of Debtor 1 Robert McDonald attyreedy@yahoo.com bill_crown@hotmail.com;attyreedy@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert McDonald<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8141<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jayne McDonald<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6575<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:23-bk-02809-MJC | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert McDonald

Jayne McDonald

**By the court:**

3/27/24

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**